UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH BERRY,

            Plaintiff,

   v.

KAREN CAMPBELL.

            Defendant.

CASE NO. C12-5103-RBL-JRC

ORDER ADOPTING A REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     This action is dismissed with prejudice for failure to state a claim. This dismissal counts as a strike pursuant to 28 U.S.C. §1915 (e) and (g).

(3)     In forma pauperis status is revoked for purpose of appeal.

DATED this 4th day of April, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE